IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENORA DIEHL, ROBERT COOK, JENNIFER QUEEEN, and LORELEI GORDON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs<br><br>vs.<br><br>CSX TRANSPORTATION, INC.,<br><br>Defendant | CIVIL ACTION NO. 3:18-122 |

# JUDGMENT

**AND NOW**, this 9th day of December 2019, in accordance with Federal Rule of Civil Procedure 58, and the Memorandum Opinion and Order dated December 9, 2019, Judgment is hereby entered in favor of the Defendant and against the Plaintiffs.

BY THE COURT:

*/s/ Kim R. Gibson*
**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**